UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCO MENDEZ BALTAZAR,

Petitioner,

v.

FACILITY ADMINISTRATOR, LOS ANGELES ICE PROCESSING CENTER, *et al.*,

Respondents.

Case No. 5:26-cv-04190-FLA (CTS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

On July 27, 2026, Petitioner Marco Mendez Baltazar ("Petitioner," A# 246-061-934) filed a Petition for Writ of *Habeas Corpus* ("Petition"), challenging his arrest and detention by U.S. Immigration and Customs Enforcement ("ICE") as a violation of the Due Process Clause of the Fifth Amendment, the Immigration and Nationality Act, and applicable regulations. Dkt. 1.

On August 3, 2026, Respondents filed a Response to the Petition, in which they state in relevant part: "Petitioner appears to be entitled to request and receive an initial bond hearing pursuant to *Rodriguez Vazquez v. Bostock*, [183 F.4th 1160, 1165] (9th Cir. 2026) (finding 'that aliens present without admission who are apprehended in the

interior of the United States are subject to the detention regime of [8 U.S.C.] § 1226, not § 1225(b)(2)(A).')." Dkt. 7 at 2.

On August 24, 2026, the assigned Magistrate Judge issued a Report and Recommendation ("Report"), recommending the court enjoin Respondents from continuing to detain Petitioner unless he is provided with an individualized bond hearing before a neutral immigration judge, in accordance with § 1226(a), within seven days of the court's order. Dkt. 8 at 6. No objections were filed within the shortened objections period established by the Report. *See id.* at 5.

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, the Report, and all relevant portions of the record. The court agrees with, accepts, and adopts the findings and recommendations of the Report. Accordingly, the court GRANTS count 1 of the Petition and ORDERS as follows:

1) Respondents are ENJOINED from continuing to detain Petitioner Marco Mendez Baltazar (A# 246-061-934) unless he is provided with an individualized bond hearing before a neutral immigration judge, in accordance with 8 U.S.C. § 1226(a), within seven (7) days of the docketing of this Order.

2) The parties shall file a joint status report within fourteen (14) days from the docketing of this Order, regarding Respondents' compliance with this Order and identifying the outcome of the bond hearing, if one was provided.

IT IS SO ORDERED.

Dated: September 4, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge